**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF INDIANA**
**SOUTH BEND DIVISION**

| | | |
|---|---|---|
| In re  Angela G. Kramer,  Debtor. | ) ) ) ) ) | Chapter 13  Case # 23-30006  Judge Paul E. Singleton |

## POST-CONFIRMATION MODIFICATION OF PLAN

1. Debtors' confirmed plan included a secured claim with TLCU Financial for a security interest in Debtor's 2019 Chevrolet Malibu.

2. Debtor surrenders her interest in her 2019 Chevrolet Malibu secured by TLCU Financial.

3. All other terms shall remain the same.

SERVICE LIST:
Ms. Angela G. Kramer 321 W 4th St  Unit 7  Mishawaka, IN 46544
Tracy Updike PO Box 11550 South Bend, IN 46634
United States Trustee, One Michiana Square, 100 East Wayne Street Room 555, South Bend, IN 46601.

**Attached creditor matrix**