# UNITED STATES BANKRUPTCY COURT
## Northern District of Indiana
## South Bend Division

In Re: Debtor(s) (name(s) and address) )
Angela Grace Kramer )
xxx–xx–8511 )
321 W 4th St ) Case Number: 23–30006–pes
APT# 7 )
Mishawaka, IN 46544 )
)
)
)
) Chapter: 13
)
)
)
)
)
)

# AMENDED ORDER TO EMPLOYER TO PAY TRUSTEE

    The above–named debtor has pending in this Court a case for the adjustment of debts by an individual with regular income under the provisions of chapter 13 of Title 11 of the United States Code. Pursuant to the statute and the debtor's chapter 13 plan, the debtor has submitted all or such portion of the debtor's future earnings or other future income to the supervision and control of the trustee as may be necessary for the execution of the debtor's plan.

    This Court has exclusive jurisdiction over all property including the earnings from services performed by the debtor during the pendency of this case and any entity from whom the debtor receives income shall pay all or any part of such income to the trustee as may be ordered by the Court. A portion of the debtor's earnings from services is necessary for the execution of the debtor's plan.

    IT IS THEREFORE ORDERED that until further order of this Court the employer of debtor Angela Grace Kramer :

Springwise Facility Management Inc.
Attn: Payroll, 1822 South Bend Ave., South Bend, IN 46637

shall deduct from the earnings of the debtor the sum of $ 277.00 bi–weekly beginning on the next pay day following the receipt of this order and deduct a similar amount bi–weekly thereafter including any period for which the debtor receives periodic, or lump sum, payment for or on account of vacation, termination or other benefits arising out of present or past employment of the debtor, and to **REMIT FORTHWITH THE SUMS SO DEDUCTED TO THE TRUSTEE** appointed in this case or a successor in interest with **CHECKS TO BE MADE PAYABLE** as follows:

Tracy L. Updike, Standing Chapter 13 Trustee
P.O. Box 613712, Memphis, TN 38101–3712

    IT IS FURTHER ORDERED that the employer notify the trustee if the employment of the debtor is terminated and the reason for such termination.

    IT IS FURTHER ORDERED that this order supercedes previous orders, if any, made to the employer in this case.

    This is not a garnishment order, therefore, State and Federal garnishment restrictions do not apply.

    Because of a privacy–related amendment to Federal Rule of Bankruptcy Procedure 1005 which became effective on December 1, 2003, the Court cannot provide the full social security number of the debtor. For further information, the employer may contact the debtor/employee.

Dated: April 11, 2024

Paul E. Singleton
_____
Judge, United States Bankruptcy Court

Document No. 51 – 11